■ NURIJE MEHMETI, Respondent, v THE COCA COLA BOTTLING COMPANY OF NEW YORK, INC., et al., Defendants, and EAST

TREMONT FOOD CORP., Appellant. [864 NYS2d 311]—Appeal from an order, Supreme Court, Bronx County (Wilma Guzman, J.), entered on or about December 27, 2007, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Lippman, P.J., Gonzalez, Sweeny, Catterson and DeGrasse, JJ.